FILED
8/5/2021 3:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L006339

FILED DATE: 8/5/2021 3:45 PM 2021L006339

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| LAISHUN CARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JEFFREY BURNS, Individually and as | ) Court No. 2021L006339 |
| agent/servant/employee of OAKLEY | ) |
| TRANSPORTATION, INC.; OAKLEY | ) |
| TRANSPORTATION, INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

TO: Michael A. Knobloch
CHUTE, O'MALLEY, KNOBLOCH &
TURCY, LLC
218 N. Jefferson St., Suite 202
Chicago, IL 60661
mknobloch@chutelaw.com

PLEASE TAKE NOTICE that on the 5th day of August, 2021, there was filed with the Clerk of the Circuit Court, Cook County, Illinois, Defendants' Appearance, Jury Demand, and Answers to Plaintiff's Complaint at Law, copies of which are attached.

Laura P. Gordon
Steven M. Canty
ORLEANS CANTY NOVY, LLC
65 E. Wacker Place, Suite 1220
Chicago, IL  60601
Telephone:  (847) 625-8200
Facsimile:  (847) 625-8262
service@ocnlaw.com
Firm No. 61094

## AFFIDAVIT OF SERVICE

Pursuant to 735 ILCS 5/1-109 (1992), the undersigned states that she served the foregoing Notice of Filing and a copy of the documents referred to therein, via electronic mail to the above-referenced attorney at the electronic address indicated above on August 5, 2021.

*Pleshette Majkut*

FILED DATE: 8/5/2021 3:45 PM 2021L006339

FILED
8/5/2021 3:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L006339

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| LAISHUN CARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JEFFREY BURNS, Individually and as | ) Court No. 2021L006339 |
| agent/servant/employee of OAKLEY | ) |
| TRANSPORTATION, INC.; OAKLEY | ) |
| TRANSPORTATION, INC. | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE

We hereby enter the appearances of Defendant, JEFFERY BURNS, incorrectly sued as JEFFREY BURNS, and Defendant, OAKLEY TRANSPORT, INC., incorrectly sued as OAKLEY TRANSPORTATION, INC., in the above-captioned cause and ourselves as attorneys therein.

JEFFERY BURNS and OAKLEY TRANSPORT, INC.., Defendants

By: _____
One of Their Attorneys

Laura P. Gordon
Steven M. Canty
ORLEANS CANTY NOVY, LLC
65 E. Wacker Place, Suite 1220
Chicago, IL 60601
Telephone: (847) 625-8200
Firm No. 61094
service@ocnlaw.com

Exhibit 3

FILED
8/5/2021 3:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L006339

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| LAISHUN CARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JEFFREY BURNS, Individually and as | ) Court No. 2021L006339 |
| agent/servant/employee of OAKLEY | ) |
| TRANSPORTATION, INC.; OAKLEY | ) |
| TRANSPORTATION, INC. | ) |
| | ) |
| Defendants. | ) |

## JURY DEMAND

The Defendants, JEFFERY BURNS, incorrectly sued as JEFFREY BURNS, and OAKLEY TRANSPORT, INC., incorrectly sued as OAKLEY TRANSPORTATION, INC., in the above-captioned cause demand a twelve-person jury for the trial of said cause.

JEFFERY BURNS and OAKLEY TRANSPORT, INC.., Defendants

By: _____
One of Their Attorneys

Laura P. Gordon
Steven M. Canty
ORLEANS CANTY NOVY, LLC
65 E. Wacker Place, Suite 1220
Chicago, IL 60601
Telephone: (847) 625-8200
Firm No. 61094
**service@ocnlaw.com**

FILED
8/5/2021 3:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L006339

FILED DATE: 8/5/2021 3:45 PM   2021L006339

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| LAISHUN CARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JEFFREY BURNS, Individually and as | ) Court No.    2021L006339 |
| agent/servant/employee of OAKLEY | ) |
| TRANSPORTATION, INC.; OAKLEY | ) |
| TRANSPORTATION, INC. | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT, OAKLEY TRANSPORT, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT AT LAW

NOW COMES Defendant, OAKLEY TRANSPORT, INC., incorrectly sued as OAKLEY TRANSPORTATION, INC., by and through its attorneys, ORLEANS CANTY NOVY, LLC, and as and for its Answer to Plaintiff's Complaint at Law states as follows:

### COUNT I

The allegations in Count I are not directed at this Defendant. Accordingly, no Answer is required nor is made thereto. To the extent any of the allegations contained in Count I are directed at this Defendant, such allegations are denied.

WHEREFORE, Defendant, OAKLEY TRANSPORT, INC., denies that the Plaintiff is entitled to judgment against it in the amount alleged or in any amount whatsoever. The Defendant, OAKLEY TRANSPORT, INC., further requests judgment in its favor and against the Plaintiff, LAISHUN CARR, plus costs of the suit.

## COUNT II

1. This Defendant has insufficient knowledge and information upon which to base a belief as to the truth of the remaining allegations contained in Paragraph 1 of Count II and, therefore, denies the same and demands strict proof thereof.

2. This Defendant admits that at certain times on the date alleged, Defendant, JEFFERY BURNS, operated a certain unit on South Interstate 294, at or near South I-294 mile marker 3, at or near Cook County, Illinois. This Defendant denies any remaining allegations contained in Paragraph 2 of Count II.

3. This Defendant admits that on the date alleged Defendant, JEFFERY BURNS, was employed by, and at certain times was under dispatch of this Defendant, including at the time he operated a certain unit on South Interstate 294, at or near South I-294 mile marker 3, at or near Cook County, Illinois. Any remaining allegations contained in Paragraph 3 of Count II are the Pleader's conclusions of law and evidence and, therefore, no answer is required at this time.

4. This Defendants admits that on the date alleged, and while Defendant, JEFFERY BURNS was employed by and under dispatch of this Defendant, there was certain contact between the unit Defendant, JEFFERY BURNS, was operating and a certain other unit operated on South Interstate 294, at or near South I-294 mile marker 3, at or near Cook County, Illinois. Further answering, this Defendant has insufficient knowledge and information upon which to base a belief as to the truth of the remaining allegations contained in Paragraph 4 of Count II and, therefore, denies the same and demands strict proof thereof.

FILED DATE: 8/5/2021 3:45 PM    2021L006339

FILED DATE: 8/5/2021 3:45 PM  2021L006339

5. This Defendant admits any duties imposed upon it by law; however, the allegations contained in Paragraph 5 of Count II are the Pleader's conclusions of law and evidence to be determined at the time of trial and are therefore denied at this time.

6. This Defendant denies each and every allegation contained in Paragraph 6 of Count II, including subparagraphs 6(a)-6(g), inclusive thereof.

7. This Defendant denies the allegations in Paragraph 7 of Count II.

WHEREFORE, Defendant, OAKLEY TRANSPORT, INC., denies that the Plaintiff is entitled to judgment against it in the amount alleged or in any amount whatsoever. The Defendant, OAKLEY TRANSPORT, INC., further requests judgment in its favor and against the Plaintiff, LAISHUN CARR, plus costs of the suit.

OAKLEY TRANSPORT, INC., Defendant,

By: _____
One of Its Attorneys

Laura P. Gordon
Steven M. Canty
ORLEANS CANTY NOVY, LLC
65 E. Wacker Place, Suite 1220
Chicago, IL 60601
Telephone: (847) 625-8200
Firm No. 61094
**service@ocnlaw.com**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| LAISHUN CARR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JEFFREY BURNS, Individually and as agent/servant/employee of OAKLEY TRANSPORTATION, INC.; OAKLEY TRANSPORTATION, INC. | ) ) ) ) ) |
| Defendants. | ) ) |

Court No. 2021L006339

## CERTIFICATION OF WANT OF KNOWLEDGE

Laura P. Gordon deposes and states that she is one of the attorneys for OAKLEY TRANSPORT, INC. in the above-captioned matter, on whose behalf she has drawn the foregoing Answer to Plaintiff's Complaint at Law, that she is informed as to the allegations of insufficiency of knowledge to form a belief in the foregoing Answer, and that the denial of knowledge and information sufficient to form a belief therein contained is true.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in the foregoing Certification of Want of Knowledge are true and correct to the best of her knowledge, except as to matters therein stated to be on information and belief and, as to such matters, the undersigned certifies as aforesaid that she verily believes the same to be true.

Dated this 2nd day of August, 2021.

_____
Laura P. Gordon

FILED DATE: 8/5/2021 3:45 PM 2021L006339

FILED
8/5/2021 3:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L006339

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| LAISHUN CARR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JEFFREY BURNS, Individually and as agent/servant/employee of OAKLEY TRANSPORTATION, INC.; OAKLEY TRANSPORTATION, INC. | ) Court No. 2021L006339 ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT, JEFFERY BURNS' ANSWER TO PLAINTIFF'S COMPLAINT AT LAW**

NOW COMES Defendant, JEFFERY BURNS incorrectly sued as JEFFREY BURNS, by and through his attorneys, ORLEANS CANTY NOVY, LLC, and as and for his Answer to Plaintiff's Complaint at Law states as follows:

**COUNT I**

1. This Defendant admits that at certain times on the date alleged, a certain motor vehicle was operated on South Interstate 294, at or near South I-294 mile marker 3, at or near Cook County, Illinois. Further answering, this Defendant has insufficient knowledge and information upon which to base a belief as to the truth of the remaining allegations contained in Paragraph 1 of Count I and, therefore, denies the same and demands strict proof thereof.

2. This Defendant admits that at certain times on the date alleged, he operated a certain unit on South Interstate 294, at or near South I-294 mile marker 3, at or near Cook County, Illinois. This Defendant denies any remaining allegations contained in Paragraph 2 of Count I.

3. This Defendants admits that on the date alleged there was certain contact between the unit he was operating and a certain other unit operated on South Interstate 294, at or near South I-294 mile marker 3, at or near Cook County, Illinois. Further answering, this Defendant has insufficient knowledge and information upon which to base a belief as to the truth of the remaining allegations contained in Paragraph 3 of Count I and, therefore, denies the same and demands strict proof thereof.

4. This Defendant admits any duties imposed upon him by law; however, the allegations contained in Paragraph 4 of Count I are the Pleader's conclusions of law and evidence to be determined at the time of trial and are therefore denied at this time.

5. This Defendant denies each and every allegation contained in Paragraph 5 of Count I, including subparagraphs 5(a)-5(g), inclusive thereof.

6. This Defendant denies the allegations in Paragraph 6 of Count I.

WHEREFORE, Defendant, JEFFERY BURNS, denies that the Plaintiff is entitled to judgment against him in the amount alleged or in any amount whatsoever. The Defendant, JEFFERY BURNS, further requests judgment in his favor and against the Plaintiff, LAISHUN CARR, plus costs of the suit.

## COUNT II

The allegations in Count II are not directed at this Defendant. Accordingly, no Answer is required nor is made thereto. To the extent any of the allegations contained in Count II are directed at this Defendant, such allegations are denied.

WHEREFORE, Defendant, JEFFERY BURNS, denies that the Plaintiff is entitled to judgment against him in the amount alleged or in any amount whatsoever. The Defendant,

FILED DATE: 8/5/2021 3:45 PM   2021L006339

JEFFERY BURNS, further requests judgment in his favor and against the Plaintiff, LAISHUN CARR, plus costs of the suit.

                                          JEFFERY BURNS,  Defendant,

                                          By: _____
                                                One of His Attorneys

Laura P. Gordon
Steven M. Canty
ORLEANS CANTY NOVY, LLC
65 E. Wacker Place, Suite 1220
Chicago, IL  60601
Telephone: (847) 625-8200
Firm No. 61094
**service@ocnlaw.com**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| LAISHUN CARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JEFFREY BURNS, Individually and as | ) Court No.  2021L006339 |
| agent/servant/employee of OAKLEY | ) |
| TRANSPORTATION, INC.; OAKLEY | ) |
| TRANSPORTATION, INC. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION OF WANT OF KNOWLEDGE

Laura P. Gordon deposes and states that she is one of the attorneys for JEFFERY BURNS in the above-captioned matter, on whose behalf she has drawn the foregoing Answer to Plaintiff's Complaint at Law, that she is informed as to the allegations of insufficiency of knowledge to form a belief in the foregoing Answer, and that the denial of knowledge and information sufficient to form a belief therein contained is true.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in the foregoing Certification of Want of Knowledge are true and correct to the best of her knowledge, except as to matters therein stated to be on information and belief and, as to such matters, the undersigned certifies as aforesaid that she verily believes the same to be true.

Dated this 2nd day of August, 2021.

_____
Laura P. Gordon